AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LAND, CLAY D. | Georgia - Middle District | 08/10/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
|---|---|---|
| 7. Chambers or Office Address<br><br>P.O. Box 2017<br>Columbus, GA<br>31902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 08/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 08/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 08/10/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CB&T Bank (Checking) | | None | | | Closed | 1/1/09 | J | | |
| 2. Columbus Community Bank (CDs & Checking) | B | Interest | M | T | | | | | |
| 3. CB&T (Money Market) | A | Interest | L | T | | | | | |
| 4. CB&T (CDs) FKA CB&T (Cash Equivalents) | D | Interest | N | T | | | | | |
| 5. Smith Barney (Money Markets) | A | Interest | O | T | | | | | |
| 6. Synovus Securities (Money Market) | A | Interest | | | Closed | 12/31/09 | J | | |
| 7. Morgan Keegan (Cash) | A | Interest | J | T | | | | | |
| 8. BB&T / Colonial Bank (CD) | B | Interest | L | T | | | | | |
| 9. Wachovia (CD) (X) | C | Interest | | | Matured | 6/27/09 | L | | |
| 10. Rental property, Columbus, GA (2001 $121,000) | A | Rent | M | R | | | | | |
| 11. Alpha Hedged Strategies Fund | | None | J | T | Buy (add'l) | 1/1/09 | J | | |
| 12. | | | | | Sold (part) | 8/11/09 | J | | |
| 13. Alpine Intl Real Estate CL-Y | | None | | | Sold | 8/11/09 | J | | |
| 14. Amcore Bank, N.A. - IL CD | B | Interest | | | Matured | 6/29/09 | K | | |
| 15. AOL Inc. | | None | J | T | Spinoff (from line 54) | 12/10/09 | J | | |
| 16. CISCO Systems Common Stock | | None | J | T | | | | | |
| 17. Citadel Broadcasting Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 08/10/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citibank, NA - NV *C* 2.50% CD | B | Interest | | | Matured | 6/10/09 | M | | |
| 19. Coca-Cola, Inc. Common Stock | B | Dividend | L | T | | | | | |
| 20. Comcast Corp Common Stock | | None | J | T | | | | | |
| 21. Compass Bank-AL CD | B | Interest | | | Matured | 4/30/09 | L | | |
| 22. Cousins Property Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 5/1/09 | J | | |
| 23. | | | | | Buy (add'l) | 8/3/09 | J | | |
| 24. | | | | | Buy (add'l) | 10/26/09 | J | | |
| 25. Diamond-Hill Long-Short Fund A- Stock Mutual Fund | | None | J | T | Sold (part) | 8/13/09 | J | | |
| 26. Diamond-Hill Long-Short Fund C- Stock Mutual Fund | | None | K | T | | | | | |
| 27. E*Trade Bank - VA CD | B | Interest | | | Matured | 1/16/09 | K | | |
| 28. Federated Strategic Value IS | A | Interest | J | T | Buy | 1/30/09 | J | | |
| 29. | | | | | Buy (add'l) | 8/13/09 | J | | |
| 30. | | | | | Buy (add'l) | 1/1/09 | J | | |
| 31. Firstbank of Puerto Rico - PR (CD) | B | Interest | L | T | Buy | 8/3/09 | K | | |
| 32. Intel, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 33. IShares TR Dow Jones Select Dividend Index Fund Common | A | Dividend | J | T | | | | | |
| 34. IVY Asset Strategy Fund Class A | A | Dividend | J | T | Buy | 8/13/09 | J | | |

1. Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less
F =$50,001 - $100,000
B =$1,001 - $2,500
G =$100,001 - $1,000,000
C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
D =$5,001 - $15,000
H2 =More than $5,000,000
E =$15,001 - $50,000

2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes
(See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 08/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Japan Equity Fund Common Stock | A | Dividend | J | T | | | | | |
| 36. Lehman Brothers Bank CD | A | Interest | | | Matured | 2/6/09 | K | | |
| 37. MFS International New Discover Fund Class A | A | Dividend | J | T | Buy (add'l) | 8/13/09 | J | | |
| 38. | | | | | Buy (add'l) | 1/1/09 | J | | |
| 39. Microsoft Inc. Common Stock | A | Dividend | J | T | | | | | |
| 40. Mirant Inc-New- Common Stock | | None | J | T | | | | | |
| 41. Mirant Inc-New-Warrants Ser A | | None | J | T | | | | | |
| 42. Powershares QQQ Tr Ser 1 FKA NASDAQ 100 Shares Inc. Com Stk | B | Dividend | K | T | | | | | |
| 43. RAM Small / Mid Cap Fund I | | None | J | T | Buy | 8/10/09 | J | | |
| 44. RS Global Natural Resources Stock Mutual Fund | | None | | | Sold | 8/11/09 | J | | |
| 45. Snow Capital Opportunity Class I | A | Dividend | K | T | Sold (part) | 1/30/09 | J | | |
| 46. | | | | | Sold (part) | 8/13/09 | J | | |
| 47. | | | | | Buy (add'l) | 1/1/09 | J | | |
| 48. Southern Company Common Stock | D | Dividend | M | T | Donated (part) | | | | |
| 49. Suntrust Banks Common Stock | A | Dividend | K | T | | | | | |
| 50. TCW Growth Equity Stock Mutual Fund | | None | J | T | Sold (part) | 8/11/09 | J | | |
| 51. Thornburg International Value Fund Class I | | None | K | T | Buy (add'l) | 8/13/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 08/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 53. Time Warner Cable, Inc Common Stock | | None | J | T | Spinoff (from line 54) | 3/30/09 | J | | |
| 54. Time Warner, Inc Common Stock | A | Dividend | J | T | Sold (part) | 3/30/09 | J | | |
| 55. UTS SPDR Trust Ser 1 Mutual Fund | B | Dividend | N | T | Buy (add'l) | 2/17/09 | J | | |
| 56. Victory Focused Growth Fund A | | None | K | T | Buy (add'l) | 8/11/09 | J | | |
| 57. Virtus Real Estate Sec A | | None | | | Buy (add'l) | 1/1/09 | J | | |
| 58. | | | | | Sold | 8/13/09 | J | | |
| 59. Walt Disney Co, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 60. Washington Mutual Bank 2.95% CD | C | Interest | | | Matured | 4/30/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 08/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Section VII - Since my retirement accounts are self directed IRA's, I did not list them in aggregate in the Investments/Trusts section; but instead, the individual assets contained in the IRA's (cash equivalents and stock) are included in the individual listings of cash equivalents and stocks in the Investments/Trusts section.

2. Section VII - Dividend reinvestments have been indicated as a Buy (add'l) with a date of 1/109. All of these transactions were very small in amount. Multiple dividend reinvestments were aggregated into one line for each applicable investment.

3. Section VII - I inadvertently omitted the Wachovia CD shown on Line 9 from the 2008 Financial Disclosure Report. This investment should have shown no income with a value code of L and a value method code of T as of 12/31/2008.

| Name of Person Reporting | | Date of Report |
|---|---|---|
| LAND, CLAY D. | . | 08/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  8/12/1•

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544